No. 02-1429. MARIE ET AL. *v.* MCGREEVEY, GOVERNOR OF NEW JERSEY, ET AL. C. A. 3d Cir. Motion of Sandra Cano, former "Doe" of *Doe* v. *Bolton,* 410 U. S. 179 (1973), et al. for

leave to file a brief as *amici curiae* granted.   Certiorari denied.